RECEIVED
IN LAKE CHARLES, LA
MAY 14 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WADDELL G. GIBBS | * | CIVIL ACTION NO. 2:13-CV-00623 |
| Plaintiff | * | |
| V. | * | SECTION P |
| WARDEN C. MAIORANA | * | JUDGE MINALDI |
| Defendant | * | |
| | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 4] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Petition for Writ of *Habeas Corpus* be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this _12_ day of ___May___, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE